UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE: YASMIN AND YAZ             )
(DROSPIRENONE)                    )     3:09-md-02100-DRH-PMF
MARKETING, SALES                  )     MDL No. 2100
PRACTICES AND PRODUCTS            )
LIABILITY LITIGATION              )

_____

**This Document Relates to:**

| | |
|---|---|
| **AVILA, DENISE v. Bayer Corp., et al.** | **3:10-cv-11871-DRH-PMF** |
| **FEEZEL, LAURA v. Bayer Corp., et al.** | **3:10-cv-11922-DRH-PMF** |
| **GREGG, ASHLEY v. Bayer Corp., et al.** | **3:10-cv-10900-DRH-PMF** |
| **HOGAN, SAROSHA v. Bayer Corp., et al.** | **3:10-cv-10226-DRH-PMF** |
| **JONES, MARTHA v. Bayer Corp., et al.** | **3:10-cv-11963-DRH-PMF** |
| **SMITH, PHYLLIS v. Bayer Corp., et al.** | **3:10-cv-11363-DRH-PMF** |
| **STAFF, JAMIE v. Bayer Corp., et al.** | **3:10-cv-10197-DRH-PMF** |
| **WILSON, JASMINE v. Bayer Corp., et al.** | **3:10-cv-12119-DRH-PMF** |
| **ZWAHR, STACEY v. Bayer Corp., et al.** | **3:10-cv-10671-DRH-PMF** |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on February 22, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,
CLERK OF COURT**

**BY:     /s/*Sandy Pannier*
          Deputy Clerk**

Dated: February 28, 2011

David R. Herndon
2011.02.28 16:28:09 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT